[No. 45092-1-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN SINCLAIR, *Defendant*, TIMOTHY LEE BACANI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08673-1, Harriett M. Cody, J., entered August 9, 1999. *Affirmed* by unpublished per curiam opinion.

[Nos. 46018-8-I; 47717-0-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH COUNT BERGMAN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH COUNT BERGMAN, *Defendant*, HOWARD HALL BERGMAN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 99-1-06347-0, Norma Smith Huggins, J., entered January 21, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Agid, J.

[No. 47174-1-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES B. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01690-1, Richard J. Thorpe, J., entered July 20, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47937-7-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. YUSUF ALI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50467-1, Philip G. Hubbard, Jr., J., entered January 12, 2001. *Reversed* by unpublished per curiam opinion.